GRIFFIN CONSTRUCTION CORP., PLAINTIFF-RESPONDENT, v. BOARD OF ADJUSTMENT OF TEANECK, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 85 *N. J. Super.* 472.

*Mr. Jacob Schneider* for the petitioners.

*Mr. David B. Follender* for the respondent.

February 4, 1965. Denied.

IN THE MATTER OF THE ESTATE OF ALFRED SCHMIDT.

*Messrs. Salny & Stein* for the petitioner.

*Mr. J. Seymour Montgomery* for the respondent.

February 4, 1965. Denied.